JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA HUERTA,<br><br>        Plaintiff,<br><br>  v.<br><br>US BANK NATIONAL ASSOC;<br>OCWEN LOAN SERVICING,<br>and DOES 1-50,<br>inclusive,<br><br>        Defendants. | Case No. EDCV 08-1779-VAP<br>(AGRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.


Dated: December 30, 2008            /s/ Virginia A. Phillips
                                               VIRGINIA A. PHILLIPS
                                       United States District Judge